Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
CLERK, U.S. DISTRICT COURT

4/29/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DTA _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

Western Division

FEE
DUE

|  |  |
|---|---|
| Michaeal J. Holmes | Case No.    2:21-cv-03686-ODW |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| –v– | |
| Jacqueline Chooljian | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael J. Holmes |
| Street Address | 2961 E. Hillside Drive |
| City and County | West Covina and Los Angeles |
| State and Zip Code | CA and 91791 |
| Telephone Number | (626) 373-4331 |
| E-mail Address | mh070582@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Jacqueline Chooljian |
| Job or Title *(if known)* | Judge |
| Street Address | 255 East Temple Street Courtroom 750, 7th Floor |
| City and County | Los Angeles |
| State and Zip Code | CA and 90012 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Aricle IIIwhich extends the jurisdiction to cases arisingunder the U.S. Constitution

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff,  *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff,  *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant,  *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Short statement-The Plainitff filed a lawuit against Kading briggs, LLP on May 23rd 2018. There has been no hearings where the Plainitff and Kading Briggs, LLP was ordered to appear and there has been no final ruling on the case.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injuntive Relief and a Declaratory Relief of the Defendants rights and obligations of the Defendant. See attached complaint.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          04/29/2021

Signature of Plaintiff        *Michael J. Holmes*

Printed Name of Plaintiff      Michael J. Holmes

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Michael J. Holmes

2961 E. Hillside Drive

West Covina, CA 91791

(626) 373-4331

Plaintiff Pro Se Litigant


UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| Michael J. Holmes | Civil Docket No. |
| Plaintiff(s), | Verified Complaint |
| vs. | Complaint For: |
| Jacqueline Chooljian | Violation of the |
| Defendants | Plaintiffs 14th Amendment |
| | Rights |

**Introduction**

This suit is being filed under Title 42 United States Code Standard 1983 ("Section 1983") alleging

violations of the Plaintiffs Fourteenth Amendment equal protection rights .  This lawsuit request for

injunctive relief and declaratory relief.

_____

The Plainitff filed a lawuit against Kading briggs, LLP on May 23rd 2018. There has been no

hearings where the Plaintiff and Kading Briggs, LLP was ordered to appear and there has been

no final ruling on the case.

_____

Denial of the Plaintiffs constitutional and civil rights are not a judicial function and conflicts with any

definition of a judicial function.

This complaint will include  case references and cases where judges were held  accountable when their

knowing and willing action fell outside the boundaries of their job description.   That failure to follow

simple guidelines of their position makes a judges actions no longer a judicial act but an individual act as

the act represents their own prejudices and goals .

Case law states that when a judge acts as a trespasser of the law, when a judge does not follow the law,

they  lose subject matter jurisdiction and the judge's orders are void , of no legal force or affect.

Monetary Damages can be recovered from a judge if the Plaintiff can  prove that the judge acted beyond

his or her legal; jurisdiction .   It is in fact possible to obtain **relief in equity** against a judge.

_____

**Jurisdictional Basis**

I. Plaintiff claims federal jurisdiction pursuant to Article III  which extends the jurisdiction to cases arising under the U.S. Constitution.

II. Plaintiff brings this suit against the Defendant, pursuant to title **42 U.S. Code 1983** for violations of protections, guaranteed to him by fourteenth amendment of the federal constitution.

III. Plaintiff Michael J Holmes is a natural person residing at 2961 E. Hillside Drive, West Covina CA 91791, Los Angeles County, California.

IV. Defendant is a Jacqueline Chooljian presiding at 255 East Temple Street, Los Angeles, CA 90012, Courtroom 750, 7th Floor

---

The Plaintiff alleges the defendant, acting under color of state law, deprived plaintiff of a right guaranteed under the United  States Constitution or a federal statue.

---

**Statement of Case**

**Title 42 U.S. Code 1983** Every person who,  under color of any statue, ordinance, regulation custom or usage of any state of territory subjects, or causes subjected to , any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the constitution and laws, shall be liable to the party injured in an action at law and suit in equity.

Due to the negligent act of the Defendant, the controversy between the Plaintiff, the Defendant and the Plainitff and Kading Briggs, LLP has intensified and will continue to intensify which will cause irreparable harm and a inadequacy of damages to the Plaintiff.

---

The Plainitff filed a lawuit against Kading briggs, LLP on May 23rd 2018. There has been no hearings and no final ruling on the case. On September 5th 2018 the minute order in chambers by Judge Dean D. Pregerson: re: Nortice of motion and motion to dismiss CAse 11. Counsel are notified that on the court's own motion the motion to Dismiss Case 11 set for September 10th 2018 at 10:00a.m. , is hereby taken off calendar . the hearing date vacated and will be decided without oral argument (Exhibit 1).

The Plainitff was deprived of the Plainitffs 14th admenedment right. The Defendnats actions has created a controversey between the Plainitff , the Defendnat and the Plaintiff and Kading Briggs, LLP, which will continue to get to worse.

---

**Prayer for Relief**

Wherefore Plaintiff prays this court issues equitable relief as follows:

1. The court issue injunctive relief ordering the Defendant to not be assigned to any more cases filed by the Plaintiff.

2. The court issue injunctive relief ordering the defendant to recuse and/or be removed from the Civil Case number 2:18-cv-04435

3. The court issue injunctive relief ordering that this case be re-assigned to a different Judge and Magistrate

4. The court issue injunctive relief ordering a new trial for case number 2:18-cv-04435

5. The court issue a injunctive relief ordering a jury trial for case number 2:18-cv-04435

6. The court issue a injunctive relief ordering the defendant to not violate the Plaintiffs 14th Amendment rights, if the Defendant cannot be recused and or removed from case number 2:18-cv-04435

7. The court issue injunctive relief ordering the defendant to follow the Due Process guidelines. *Memphis Light, Gas and Water Division v Craft, 436 U.S. 1,2 (1978) (citations omitted). "The root requirement of the Due Process Clause is that an individual be given an opportunity for a hearing before being deprived of any significant protected interest"* (if the Defendant cannot be recused and or removed from case number 2:18-cv-04435

---

The Plaintiff request a declaratory relief detailing the rights and obligations of the Defendant in Civil Case number 2:18-cv-04435. The Plaintiff was unable to find any Declaratory injunctions against the Defendant.   Declaratory injunctions against the Defendant are unavailable.

---

Rule 57. Declaratory Judgment  28 U.S.C. 2201 Rule 38 and 39 govern demand for a jury trial. The existence of another adequate remedy does not preclude a declaratory relief that is otherwise appropriate.  A declaratory relief is appropriate when it will terminate the controversy giving rise to the proceeding.  In as much as it involves only an issue of law on undisputed or relatively

undisputed facts it operates frequently as a summary  proceeding justifying docketing the case for early hearing as on a motion as provided for in California  (Code Civ. Proc. (Deering, 1937)1062a) , Michigan (3 Comp. Laws(1929)13904), and Kentucky (Codes (Caroll, 1932) Civ.Pract.639a-3).

The controversy must necessarily be of a justifiable nature, thus excluding an advisory decreed upon a hypothetical state of facts,." Ashwander v. Tennessee Valley Authority, 297 U.S. 288, 325, 56 S. Ct. 466, 473, 80 L.E.d. 688, 699 (1936). Existence or non existence of any right, power , duty, liability , disability, or immunity or of any facts upon which such legal relations depend, or of a status may be declared. The Plaintiff must have a practical interest in the declaration sought. A declaration may not be rendered if a special statutory proceeding has been provided for the adjudication of some special type of case .  When declaratory relief will not be effective in settling the controversy the court may decline  to grant it, but the fact that another remedy would be equally effective affords no ground for declining declaratory relief.

The declaratory relief will state with precision the declaratory judgment desired.  The court may sua sponte, if it serves a useful purpose, grant instead a declaration of rights. Hasselbring  v Koepke, 263 Mich. 466, 248 N.W. 869, 93 A.L.R. 1170 (1933).  Written instruments, including ordinances and statutes , may be construed before or after breach at the petition of a properly interested party. The Uniform Declaratory Judgment act affords a guide to the scope and function of the Federal Act. Compare Aetna Life Insurance Co. v Haworth, 30 U.S. 227, 57S.Ct. 461 (1937); Nashville Chattanooga & St. Lousi Ryv. Wallace, 288 U.S. 249 (1933); Gully, tax collector interstate Natural Gas Co. 82 F. (2d) 145 (C.C.A.5th 1936). Ohio Casualty ins. Co. v

Plummer, 13 F.Supp169 (S.D.Tex., 1935); Borchard, Declaratory Judgments (1934), passim. (Cornell Law School  www.law.cornell.edu))

---

Rule 57  of the Federal Rules of Civil Procedure and Title 28, Section 2201 of the U.S. Code govern declaratory judgments in federal court (Trellis.law).

---

Enforceability

a declaratory judgment does not provide for any enforcement however , in other words it states the courts authoritative opinion regarding the exact nature of the legal matter.

A declaratory relief claim is normally used to obtain a judicial declaration on the rights and duties of the Plaintiff and the Defendant.  (City of Tiburon v. Northwestern Pac. R.R. Co., 4 Cal. App. 3d 160, 170 (1970). Declaratory Relief is not a tool to redress past wrongs, it operates to settle controversies , before they escalate to a repudiation of obligation, invasion of rights , or the commission of wrongs (Travers v. Louden, 254 Cal. App.2d 926, 931 (1967). (Trellis.law).

---

Declaratory relief has two elements  1) a proper subject of declaratory relief, and 2) an actual controversy involving justifiable questions relating to the Plaintiffs or Defendants rights or obligations. (Jolley v. Chase Home Finance LLC 213 Cal, App 4th872, 909 (2013).) Declaratory judgments preserves a parties legal right (Osseous Technologies of America, Inc. v. Discovery Ortho PRTNERS llc, 191cAL. aPP. 4TH357, 364-365.)

Declaratory relief is appropriate when obtaining a declaration that a statute or regulation is facially unconstitutional (When the Defendant did not make a final ruling on the civil lawsuit case number 2:18-cv-04435 which the Plaintiffs filed on May 23rd, 2018)..

---

Benefits of seeking a Declaratory Relief

Code of Civil Procedure 1062.3 Provides for trial setting preference over all other civil actions with certain exceptions

The Parties can resolve disputes before actual damage occurs or irreversible damage is caused by the repudiation of an agreement.

The application , intervention, validity, or constitutionality of a statue, ordinance or regulation may be clarified or resolved.

There is no statute of limitations specifically applicable for declaratory relief actions

Certain disputes that would normally be determined in several actions may be determined in one action, e.g. questions of indemnification;

Under CCP 1062 a declaratory judgment under the California Declaratory Judgment Act does not preclude a party from obtaining other appropriate relief(Simsasgovlaw.com).

---

An injunction is a court order requiring a person to do or cease doing a specific action. They can be issued by the Judge early in a lawsuit to stop the Defendant from continuing his or her allegedly harmful actions and failure to comply with an injunction can result in the Defendant

being held in contempt of court, which in turn may result in either criminal or civil liability.  See, e.g., Roe v. Wade 410US 113 (1973).

---

**References:**

1. **Omar v. Sea-Land Serv., Inc., 813 F.2d 986, 991 (9th Cir. 1987); and Abagninin v. AMAVAC Chem. Corp., 545 F.3d 733,742-43 (9th Cir.2008)** which states the court's authority includes sua sponte dismissal of claims against defendants who have not been served and defendants who have not yet answered or appeared.

The Plaintiff was unable to find the Defendants home address. The Defendant serve the Defendant via mail at  (1) 350 West 1st Street, Court room 9C, 9th floor, Los Angeles, California, 90012-4565

The Plaintiff prays the case is not dismissed if the Defendant fails to respond. The Plaintiff will have documents that show the day and time the documents were served to the location.

---

"Corrupt judges can harm a communitys confidence in our judicial system" (Assistant Attorney General Benczkowski, The United States Department of Justice).

---

2. Zumani v Carnes, 491 F.3d 990, 996 (9th Cir.2007) (internal quotation marks and citation omitted).  When considering whether a complaint states a claim, a court must accept as true all of the material factual allegations in it .  Hamilton v. Brown, 630 F.3d 889, 892-93 (9th Cir. 2011).

The court, however, does not have to accept as true allegations that are unwarranted deductions of facts, or unreasonable inferences. In re Gilead Scis.Sec.Litig., 536 F.3d 1049, 1055 (9th Cir. 2008) states although a complaint does not need to include factual allegations, it must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on it face." Cook v. Brewer, 637 F.3d 1002, 1004 (9th Cir. 2011) (quaoting reference Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009)). A claim is deemed facially plausible when it "allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."This claim provides sufficient information of underlying facts to give fair notice and to enable the Defendant to defend effectively (Starr v. Baca, 652 F.3d 1202, 1216 ((9th Cir.2011)).

The Plaintiff has provided the September 5th, 2018 minute order from the Defendant that is true of material facts.

3.Lopez vs Smith 203.f3d 1122, 1126-30 (9th Cir.2000). In the result where the court finds the complaint should be dismissed for failure to state a claim, the court has discretion to dismiss with or without leave to amend.  Leave to amend should be granted if it appears possible the defects in the complaint could be corrected , especially if the plaintiff is pro se. ID. at 1130-31; see also Cato v. United States, 70 F3d 1103, 1106 (9th Cir.1995).

The Plaintiff prays, that if there is something that is not correct in this complaint, that the court will allow the Plaintiff to amend it. The Plaintiff is working hard trying to make this process go smoothly for the court. Please give the Plaintiff the opportunity to amend anything that is not correct.  "Woods v. Carey, 525 F.3d 886,889-90 (9th Cir.2008) (citation omitted).

4.Kentucky v. Graham, 473 U.S. 159, 169-70 (1985) ; Edelman v. Jordan, 415 U.S. 651 (1974); Ex Parte Young, 209 U?.S. 123 (1908). State officials sued in their official capacity, the Eleventh

Amendment immunizes state officials sued in their official capacity from claims for retrospective relief (including monetary damage claims) but does not immunize them from claims for prospective relief (such as forward-looking injective relief).

5.  42 U.S.C. 1983; see West v. Atkins, 487 U.S. 42, 48 (1988).  In order for a Plaintiff to make a claim for a civil rights violation under section 1983, the Plaintiff must allege that a particular defendant, acting under color of state law, deprived plaintiff of a right guaranteed under the United  States Constitution or a federal statue.

The Defendant deprived the Plaintiff of providing a final ruling on case number 2:18-cv-04435.

6.Swarthout v. Cooke, 562 U.S. 216,219 (2011). The analysis of due  process "proceeds in two ways: We first ask whether there exists a liberty or property interest of which a person has been deprived , and if so we ask whether the procedures followed by the estate were constitutionally sufficient."

7.City of Cleburne, Tex. v. Cleburne Living Ctr., 473 U.S. 432, 439 (1985). "The Equal Protection Clause of the fourteenth Amendment commands that no state shall 'deny to any person within its jurisdiction the equal protection of the laws,' which is essentially a direction that all persons similarity situated should be treated alike (quoting Plyler v. Doe, 457 U.S. 202, 216 (1982).

Following the Due Process guidelines is a law the Defendant did not follow for the Plaintiff.

8.FED.R.CIV.P.8(a),(d) (a complaint must contain a "short and plain statement of the claim showing the pleader is entitled to relief," and " each allegation must be simple, concise, and direct").

Short statement- The Plainitff filed a lawuit against Kading briggs, LLP on May 23rd 2018.

There has been no hearings where the Plainitff and Kading Briggs, LLP was ordered to appear and there has been no final ruling on the case.

Requested Relief- Injunctive Relief, Declaratory Relief

9.Broadman v. Commission on Judicial Performance (1998) 18 Cal.4th 1079, 1090 [77 Cal.Rptr.2d 408, 959P.2d 715] (Broadman).)" Evidence of a charge is clear, and convincing so long as there is a 'high probability' that the charge is true."

---

**Reference:  Judges Held Accountable**

1) **Judge Kelly A. MacEachern**

Orange County Superior Court since 2003

Charged with making false and misleading statements

Commission on Judicial Performance ordered that the judge be removed from her judicial office and disqualified from acting as a judge.

 2) **Judge James M. Brooks**

Orange County Municipal Court since 1986

(Haluck v. Ricoh Electronics, Inc. (2007) 151 Cal.App.4th 994.)

Misconduct committed while presiding over the trial:

a) "Overruled" signs

b)The Twilight Zone

The judge gave free rein to the defendant lawyer to deride and make side remarks at will, at the expense of the Plaintiff, which violates canon 3b(3).

c) Comments During the reading of Stevenson Deposition

Commission on Judicial Performance ordered public admonishment

3) **Judge Moruza**

Alameda County Superior Court

Misconduct committed while presiding over the trial:

a) Comments in People v. Rupple

Commission on Judicial Performance ordered public admonishment

4) **Judge Coats**

San Diego County Superior Court

Misconduct committed:

1 Judge Coats ' Prior Discipline and Guidance

2) Judge Coats' Abuse of the Prestige of Judicial Office and Misuse of Court Resources

Commission on Judicial Performance ordered public admonishment

5) **Judge O 'Flaherty**

Placer County

Misconduct Committed in case: Herold v. Golden 1 Credit Union (Super. Ct. Placer County, No. RSC13621)

Commission on Judicial Performance ordered public censure

1)Finding concerning the hearing before Judge O'Flaherty

2)Finding Concerning Evidence of Threats or Intimidation

3) Finding concerning Issuance of an order

4) Findings Concerning Embroilment and Due Process Violation

5) Prior Discipline

6) Willful misconduct: Un judicial conduct that is committed in bad faith by a acting judge in their judicial capacity.(Broadman, supra, 18 CAl.4th at p. 1091.)

7) Failure to comply with the California Code of Judicial Ethics canons of judicial ethics is generally considered to constitute un judicial conduct. (Adams v. Commission of Judicial Performance(Adams)(1994) 8 Cal.4th 630, 662 [34 Cal.Rptr.2d 641, 882 P.2d 358].) The judge violated canons 1( a judge shall uphold the integrity of the judiciary), 2A (a judge shall respect and comply with the law), 3B(2) ( a judge shall be faithful to the law and 3B(7) (a judge shall accord every person who has a legal interest in the preceding the right to be heard.

8) Judge acts in bad faith (1)performing judicial acts knowing that that act is beyond the judges lawful judicial power

6) **Rudy Delgado**

Convicted of:

 one count of conspiracy

three counts of Federal Program Bribery

three counts of Travel Act Bribery

One Count OF Obstruction of Justice

---

Respectfully Submitted



Michael Holmes

2961 E. Hillside Drive

West Covina, CA 91791

(626) 373-4331

---

## Statement of Verification

I have read the above complaint and it is correct to the best of my knowledge.



Michael Holmes

2961 E. Hillside Drive

West Covina, CA 91791

(626) 373-4331


Michael J. Holmes

2961 E. Hillside Drive

West Covina, CA 91791

(626) 373-4331

Plaintiff Pro Se Litigant

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF CALIFORNIA


Michael J. Holmes                                        Civil Docket No.

                    Plaintiff(s),

          vs.                                            Exhibit List

Jacqueline Choolijian

                    Defendants

Exhibit  1                    September 5th, 2018 Minute Order

Exhibit 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 18-04435-DDP(JCx)                    Dated: September 5, 2018

Title:      Michael J. Holmes v. Kading Briggs, LLP
======================================================================
PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

           <u>Patricia Gomez</u>                        <u>None Present</u>
           Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None                                    None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


     **COUNSEL ARE NOTIFIED** that on the Court's own motion the Motion to
Dismiss Case [11] set for September 10, 2018 at 10:00 a.m., is hereby taken off
calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                    Initials of Deputy Clerk: PG
CIVIL -- GEN